SOPHIE CHARANIS and JAMES CHARANIS, Respondents, v. R. H. MACY & Co., INC., Appellant.— The plaintiff wife has recovered a judgment for personal injuries and her husband for loss of services and medical expenses. Judgment reversed on the law, with costs, and the complaint dismissed, with costs. The plaintiff wife was injured by falling on the fifth step of the stairway leading to the main or street floor of the defendant's store. It is conceded that she was walking down on the right-hand side of the stairway, with her right hand on the banister. The claimed defect is that there was a spot near the center of the tread or step as large as a half dollar and one-quarter of an inch deep and that the step was worn between that spot and the right side where her right foot was placed. It is the plaintiff's contention that the heel on her left shoe, which heel was three-quarters of an inch in diameter, caught in this depression and her right foot slipped on the worn part of the tread, causing her to fall. The photographs offered in evidence by both the plaintiff and the defendant indubitably establish that there was no such depression, hole or indentation in the step. The only defect shown is that the step has become somewhat worn by the passage over it of thousands of the defendant's customers. There is no proof of any previous accident. Under such circumstances no actionable negligence is established. (*Tryon* v. *Chalmers*, Nos. *1, 2,* 205 App. Div. 816; *Laun* v. *Karl*, 251 id. 718; affd., without opinion, 278 N. Y. 506.) Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.

LILLY CROON and JOHN CROON, Appellants, v. FRIDOLF CARLSON and RAVN KALLEVIG, Respondents.— In an action for personal injuries suffered by the plaintiff wife and for medical expenses brought by her husband, the case was tried before the court, a jury having been waived, and judgment rendered in favor of the defendants. The plaintiffs appeal. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

JOHN COUGHLIN, Appellant, v. HELEN B. VAN BUSKIRK, Respondent.— Judgment entered in favor of the defendant, upon the verdict of a jury, in an action for personal injuries, and order denying plaintiff's motion to set aside the verdict and for a new trial, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

JOHANNA ELESEN, Respondent, v. THE STEAMER AMERICANA, INC., Defendant, and MESECK STEAMBOAT CORPORATION, Appellant.— Action to recover for personal injuries. The plaintiff slipped and fell on the main deck of the appellant's steamboat. The plaintiff's testimony is that the deck was covered with a linoleum-like material which was very shiny. There is no claim or evidence that there was any water, oil or foreign substance on the deck or that there was any defect in the material. Nor was there any proof that others ever fell on the same surface. The appellant's evidence is uncontradicted that the deck covering is an asphalt material, and that up until the time of the accident about 400,000 persons had used the deck without slipping. Judgment in favor of plaintiff, entered on the verdict of a jury, reversed on the law, with costs, and the complaint dismissed, with costs. The proof establishes as a matter of law that there was no negligence in the maintenance of the surface material. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.